**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Howard, Jody A _____   Chapter **7** _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><b>March 13, 2010</b><br>Date</td><td><i>/s/ Dwight C. Adams</i><br><b>Dwight C. Adams 93566<br>Dwight Adams & Associates<br>1855 Rohlwing Rd Ste D<br>Rolling Meadows, IL  60008</b></td></tr>
</table>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Howard, Jody A _____    Chapter **7** _____
                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                                  the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                                          the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Howard, Jody A** _____    **X** */s/ Jody A Howard*                    **3/13/2010**
Printed Name(s) of Debtor(s)                          Signature of Debtor                          Date

Case No. (if known) _____    **X** _____
                                                          Signature of Joint Debtor (if any)                Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/08)**

In re: **Howard, Jody A** _____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises** |
| ☑ **The presumption does not arise** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

**Part I. MILITARY AND NON-CONSUMER DEBTORS**

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>         ☐ I remain on active duty /or/ <br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>         **OR** <br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|---|

<table>
<tr><td rowspan="5">2</td><td colspan="3"><strong>Marital/filing status.</strong> Check the box that applies and complete the balance of this part of this statement as directed.</td></tr>
<tr><td colspan="3">a. ☐  Unmarried. <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">b. ☐  Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">c. ☑  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">d. ☐  Married, filing jointly. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td></td><td>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td colspan="2"><strong>Column A<br>Debtor's<br>Income</strong>     <strong>Column B<br>Spouse's<br>Income</strong></td></tr>
<tr><td>3</td><td><strong>Gross wages, salary, tips, bonuses, overtime, commissions.</strong></td><td colspan="2">$        $</td></tr>
<tr><td rowspan="4">4</td><td><strong>Income from the operation of a business, profession or farm.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <strong>Do not include any part of the business expenses entered on Line b as a deduction in Part V.</strong></td><td colspan="2" rowspan="4"></td></tr>
<tr><td><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr></table></td></tr>
<tr><td><table><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr></table></td></tr>
<tr><td><table><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table>$       $</td></tr>
<tr><td rowspan="4">5</td><td><strong>Rent and other real property income.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. <strong>Do not include any part of the operating expenses entered on Line b as a deduction in Part V.</strong></td><td colspan="2" rowspan="4"></td></tr>
<tr><td><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr></table></td></tr>
<tr><td><table><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr></table></td></tr>
<tr><td><table><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table>$       $</td></tr>
<tr><td>6</td><td><strong>Interest, dividends, and royalties.</strong></td><td colspan="2">$        $</td></tr>
<tr><td>7</td><td><strong>Pension and retirement income.</strong></td><td colspan="2">$        $</td></tr>
<tr><td>8</td><td><strong>Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.</strong> Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.</td><td colspan="2">$        $</td></tr>
<tr><td rowspan="2">9</td><td><strong>Unemployment compensation.</strong> Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:</td><td colspan="2" rowspan="2"></td></tr>
<tr><td><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ _____</td><td>Spouse $ _____</td></tr></table>$       $</td></tr>
</table>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a.   $ | | |
| | b.   $ | | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: **Illinois**          b. Enter debtor's household size:  __4__ | $   **81,465.00** |
| 15 | **Application of Section707(b)(7).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a.   $ | |
| | b.   $ | |
| | c.   $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

$

| | |
|---|---|
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

$

| | | |
|---|---|---|
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| **26** | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| **27** | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| **28** | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| **29** | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| **30** | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| **31** | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| **32** | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| **33** | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Subpart C: Deductions for Debt Payment | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total) $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| Subpart D: Total Deductions from Income | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | Part VII. ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | Part VIII. VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: **March 13, 2010** _____   Signature: ***/s/ Jody A Howard*** _____ <br> (Debtor) <br><br> Date: _____   Signature: _____ <br> (Joint Debtor, if any) | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Howard, Jody A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **8947** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1388 Larchmont**<br>**Buffalo Grove, IL**<br>ZIPCODE **60089** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Howard, Jody A** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Dwight C. Adams*                                   3/13/10<br>   Signature of Attorney for Debtor(s)                Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08) | Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Howard, Jody A** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jody A Howard**
Signature of Debtor                    **Jody A Howard**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 13, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X **/s/ Dwight C. Adams**
Signature of Attorney for Debtor(s)

**Dwight C. Adams 93566**
**Dwight Adams & Associates**
**1855 Rohlwing Rd Ste D**
**Rolling Meadows, IL  60008**

**March 13, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                    Case No. _____

**Howard, Jody A** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Jody A Howard*** _____

Date: **March 13, 2010** _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Howard, Jody A _____     Chapter **7**_____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 520.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | $ 122,335.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| | TOTAL | 40 | $ 520.00 | $ 122,335.98 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Howard, Jody A _____   Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $          0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $          0.00 |
| Student Loan Obligations (from Schedule F) | $          0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          0.00 |
| **TOTAL** | $          0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $          0.00 |
| Average Expenses (from Schedule J, Line 18) | $          0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $          0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $          0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $          0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $     122,335.98 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $     122,335.98 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Howard, Jody A**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Howard, Jody A

Debtor(s)          Case No. _____

          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **cash** | | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **personal clothing** | | **500.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Howard, Jody A

Debtor(s)                                                                Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Howard, Jody A**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 520.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Howard, Jody A** _____    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **cash** | **735 ILCS 5 §12-1001(b)** | **20.00** | **20.00** |
| **personal clothing** | **735 ILCS 5 §12-1001(a)** | **500.00** | **500.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE __Howard, Jody A_____        Case No. _____
                     Debtor(s)                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Howard, Jody A _____    Case No. _____
              Debtor(s)                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Howard, Jody A                                                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7616** <br> **AAA Collectors Inc.** <br> **DBA Triple Check** <br> **2950 N. Academy Blvd #201** <br> **Colorado Springs, CO 80917-5341** | | | **collection of amounts due for bad checks written to Dominicks** | | | | **445.43** |
| ACCOUNT NO. **7251** <br> **AAA Collectors Inc.** <br> **DBA Triple Check Inc.** <br> **2950 N. Academy Blvd #201** <br> **Colorado Srpings, CO 80917-5341** | | | **collection of amount due to JCPenney for returned checks** | | | | **518.62** |
| ACCOUNT NO. **5917** <br> **AAA Collectors Inc.** <br> **DBA Triple Check** <br> **2950 N. Academy Blvd #201** <br> **Colorado Springs, CO 80917-5341** | | | **collection of amount to due JCPenney for dishonored check 2055** | | | | **64.92** |
| ACCOUNT NO. **5141** <br> **ACC International** <br> **ACC BLDG.** <br> **919 Estes Court** <br> **Schaumburg, IL 60193** | | | **collection of amount due to TCF National Bank, IL** | | | | **769.94** |

|  | Subtotal (Total of this page) | $ **1,798.91** |
|---|---|---|
| **28** continuation sheets attached | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A

Debtor(s)                                                              Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4389** <br><br> **Account Control Systems, Inc.** <br> **256 Livingston St  2nd Floor** <br> **Northvale, NJ  07647** | | | collection of amount due to Lord & Taylor for dishonored check | | | | 111.58 |
| ACCOUNT NO. **8513** <br><br> **ACS Education Services** <br> **P.O. Box 7051** <br> **Utica, NY  13504-7051** | | | amount due for services | | | | 98.42 |
| ACCOUNT NO. **4691** <br><br> **Allied Interstate** <br> **Collection Division** <br> **P.O. Box 1351** <br> **Minneapolis, MN  55440** | | | collection of amount due to Marshall Fields for returned check | | | | 261.60 |
| ACCOUNT NO. **5141** <br><br> **American Collections** <br> **919 Estes Ct** <br> **Schaumburg, IL  60193** | | H | Open account opened 5/04 | | | | 769.00 |
| ACCOUNT NO. **1009** <br><br> **Arrow Financial Servic** <br> **5996 W Touhy Ave** <br> **Niles, IL  60714** | | H | Open account opened 7/06 | | | | 1,291.00 |
| ACCOUNT NO. **2308** <br><br> **Arrow Financial Servic** <br> **5996 W Touhy Ave** <br> **Niles, IL  60714** | | H | Open account opened 3/06 | | | | 906.00 |
| ACCOUNT NO. **7943** <br><br> **Arrow Financial Servic** <br> **5996 W Touhy Ave** <br> **Niles, IL  60714** | | H | Open account opened 8/07 | | | | 288.00 |

Sheet no. _____**1**___ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,725.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A

Debtor(s)                                                                  Case No. _____
                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2838** <br> **Assetcare, Inc.** <br> **5100 Peachtree Industrial Blvd** <br> **Norcross, GA 30071** | | | **collection of amount due to Inovision-Medclr-NCOP-NF, LLC** | | | | 124.13 |
| ACCOUNT NO. **2834** <br> **Bankfirst** <br> **P.O. Box 650310** <br> **Dallas, TX 75265-0310** | | | **revolving account** | | | | 252.00 |
| ACCOUNT NO. **7107** <br> **Bennett & DeLoney** <br> **P.O. Box 190** <br> **Midvale, UT 84047-0190** | | | **collection of amount due to Certegy Check Services for dishonored check #2496 written to Max Studio 45** | | | | 118.10 |
| ACCOUNT NO. **5258** <br> **Bennett & DeLoney** <br> **P.O. Box 190** <br> **Midvale, UT 84047-0190** | | | **collection of amoutn due to Certegy Inc on behalf of Banana Republic / 8072 / Chicago** | | | | 177.24 |
| ACCOUNT NO. **4418** <br> **Bennett & DeLoney** <br> **P.O. Box 190** <br> **Midvale, UT 84047-0190** | | | **collection of amount due to Certegy Inc on behalf of Banana Republic / 8179 / Chicago** | | | | 177.24 |
| ACCOUNT NO. **4533** <br> **Biehl & Biehl, Inc.** <br> **P.O. Box 66415** <br> **Chicago, IL 60666-0415** | | | **collection of amount due to Daily Herald Circulation** | | | | 21.80 |
| ACCOUNT NO. **6741** <br> **Blatt Hasenmiller Leibsker & Moore LLC** <br> **125 S. Wacker Dr. #400** <br> **Chicago, IL 60606** | | | **collection of amount due to Capital One Bank on account 4862362171380937 and lawsuit 06SC07598 filed in Lake County, Illinois** | | | | 2,408.89 |

Sheet no. _**2**_ of _**28**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,279.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A

Debtor(s)                                                        Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9790**<br>**Blitt And Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | collection of amount due to Arrow Financial Services LLC assignee of First Premier Bank in lawsuit 07SC9790 filed in Lake County, Illinois | | | | 1,033.10 |
| ACCOUNT NO. **5892**<br>**Bloomingdales**<br>**Returned Check Department**<br>**P.O. Box 4590**<br>**Carol Stream, IL 60197** | | | amount due on account | | | | 65.53 |
| ACCOUNT NO. **7923**<br>**Bronson & Migliaccio**<br>**799 Roosevelt Road Bldg 6 #316A**<br>**Glen Ellyn, IL 60137** | | | collection of amount due to Arrow Financial Services for Household Bank | | | | 262.30 |
| ACCOUNT NO. **7168**<br>**Bureau Of Account Management**<br>**3607 Rosemont Avenue #502**<br>**P.O. Box 8875**<br>**Camp Hill, PA 17001-8875** | | | colleciton of amount due for client ref# 0216135673 | | | | 27.95 |
| ACCOUNT NO. **2171**<br>**Bureau Of Account Management**<br>**3607 Rosemont Avenue #502**<br>**P.O. Box 8875**<br>**Camp Hill, PA 17001-8875** | | | collection of amount due on Client Ref # 0216135673 | | | | 40.72 |
| ACCOUNT NO. **3498**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT 84130** | | H | Revolving account opened 10/97 | | | | 5,325.00 |
| ACCOUNT NO. **7138**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT 84130** | | H | Revolving account opened 3/02 | | | | 2,198.00 |

Sheet no. ___**3**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **8,952.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8273**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT  84130** | | H | **Revolving account opened 10/97** | | | | 542.27 |
| ACCOUNT NO. **6118**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT  84130** | | H | **Revolving account opened 7/00** | | | | 1,545.80 |
| ACCOUNT NO. **2953**<br>**Capital One**<br>**P.O. Box 25131**<br>**Richmond, VA  23276-0001** | | | **miscellaneous purchases on revolving account** | | | | 1,107.55 |
| ACCOUNT NO. **8479**<br>**Captial Management Services**<br>**726 Exchange Street  #700**<br>**Buffalo, NY  14210-1494** | | | **collection of amount due to Elite Recovery Acquisitions, LLC for account with Household Bank** | | | | 1,191.25 |
| ACCOUNT NO. **3091**<br>**Carson Pirie Scott**<br>**P.O. Box 10327**<br>**Jackson, MS  39289-0327** | | | **amount due on account** | | | | 509.96 |
| ACCOUNT NO. **0840**<br>**Carson Pirie Scott**<br>**Corporate Credit Center**<br>**140 Industrial Drive**<br>**Elmhurst, IL  60126** | | | **collection of amount due for returned check** | | | | 314.63 |
| ACCOUNT NO. **1287**<br>**Cash Flow Consultants Inc.**<br>**P.O. Box 1527**<br>**Bridgeview, IL  60455-0527** | | | **collection of amount due to Lord & Taylor** | | | | 111.58 |

Sheet no. ____4____ of ____28____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,323.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Howard, Jody A                                                    Case No. _____
　　　　　　Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1219**<br>**Cash Flow Consultants Inc.**<br>**P.O. Box 1527**<br>**Bridgeview, IL  60455-0527** | | | **collection of amount due to Lord & Taylor** | | | | **111.58** |
| ACCOUNT NO. **5281**<br>**CBCS**<br>**P.O. Box 163006**<br>**Columbus, OH  43216-3006** | | | **collection of amount due to Cavalry - Certegy on account 07987770** | | | | **118.10** |
| ACCOUNT NO. **6587**<br>**CBCS**<br>**P.O. Box 163006**<br>**Columbus, OH  43216-3006** | | | **collection of amount due to Cavalry-Certegy** | | | | **194.95** |
| ACCOUNT NO. **3448**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to Card & Party Warehouse for returned check** | | | | **41.02** |
| ACCOUNT NO. **3764**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **amount due for return check service charge** | | | | **85.44** |
| ACCOUNT NO. **2684**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to Cache 125 for returned check** | | | | **205.76** |
| ACCOUNT NO. **2685**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to Chache 042 for returned check** | | | | **194.95** |

Sheet no. ____ **5** of ____ **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **951.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Howard, Jody A**                                                                                           Case No. _____

_____
Debtor(s)                                                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8830**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to Max Studio 45 for returned check** | | | | 118.10 |
| ACCOUNT NO. **2684**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due for NSF check written to Cashe 125** | | | | 205.76 |
| ACCOUNT NO. **5602**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to TJMaxx 0410 for dishonored check 8798** | | | | 93.43 |
| ACCOUNT NO. **2684**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due Cache 125 for dishonored check 2492** | | | | 205.76 |
| ACCOUNT NO. **5602**<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **collection of amount due to TJMaxx 0410 for dishonored check 8798** | | | | 93.43 |
| ACCOUNT NO. **7698**<br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL  60085** | | H | **Open account opened 5/05** | | | | 657.00 |
| ACCOUNT NO. **2001**<br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL  60085** | | H | **Open account opened 1/08** | | | | 100.00 |

Sheet no. ____**6**____ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **1,473.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Howard, Jody A**                                    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1327**<br>**CFData Corp**<br>**P.O. Box 650484**<br>**Dallas, TX 75265-0484** | | | **collection of amount due to JCPenney's for returned check** | | | | **211.73** |
| ACCOUNT NO. **615**<br>**Chams Women's Health Care**<br>**4200 West Peirson Avenue #101**<br>**Chicago, IL 60646** | | | **amount due for services rendered** | | | | **565.00** |
| ACCOUNT NO. **0808**<br>**Commonwealth Equity Adjustments**<br>**4807 Clayton Road 2nd Floor**<br>**Concord, CA 94521-2940** | | | **collection of amount due on case number 9875052607** | | | | **98.10** |
| ACCOUNT NO. **0809**<br>**Commonwealth Equity Adjustments**<br>**4807 Clayton Road 2nd Floor**<br>**Concord, CA 94521-2940** | | | **collection of amount due on case number 9875052607** | | | | **90.94** |
| ACCOUNT NO. **0810**<br>**Commonwealth Equity Adjustments**<br>**4807 Clayton Road 2nd Floor**<br>**Concord, CA 94521-2940** | | | **collection of amount due on case number 9875052607** | | | | **80.00** |
| ACCOUNT NO. **0811**<br>**Commonwealth Equity Adjustments**<br>**4807 Clayton Road 2nd Floor**<br>**Concord, CA 94521-2940** | | | **collection of amount due on case number 9875052607** | | | | **96.28** |
| ACCOUNT NO. **0812**<br>**Commonwealth Equity Adjustments**<br>**4807 Clayton Road 2nd Floor**<br>**Concord, CA 94521-2940** | | | **collection of amount due on case number 9875052607** | | | | **88.37** |

Sheet no. ___**7**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,230.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Howard, Jody A _____    Case No. _____
                              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2001**<br>**Condell Medical Center**<br>**Dept 77-97169**<br>**Chicago, IL  60678-7169** | | | **amount due for services rendered** | | | | **100.00** |
| ACCOUNT NO.<br>**Computer Credit Inc.**<br>**640 W. Fourth Street**<br>**P.O. Box 5238**<br>**Winston-Salem, NC  27113** | | | **Assignee or other notification for:**<br>**Condell Medical Center** | | | | |
| ACCOUNT NO. **4CA4**<br>**Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY  14225** | | | **collection of amount due to Capital One Services, Inc. on account 4862362171380937** | | | | **1,628.67** |
| ACCOUNT NO. **6168**<br>**Cross Check**<br>**P.O. Box 6008**<br>**Petaluma, CA  94955-6008** | | | **collection of amount due to April Corness #100 for returned check** | | | | **124.13** |
| ACCOUNT NO. **2213**<br>**Daniel Trust Company**<br>**P.O. Box 12208**<br>**Greenville, SC  29612-0208** | | | **collection of amount due to Whole Foods Market** | | | | **70.03** |
| ACCOUNT NO.<br>**Vanessa L. Hartmant**<br>**Attorney At Law**<br>**135 Interstate Boulevard #7**<br>**Greenville, SC  29615** | | | **Assignee or other notification for:**<br>**Daniel Trust Company** | | | | |
| ACCOUNT NO. **0833**<br>**Dayton Hudson Corporation**<br>**P.O. Box 960**<br>**Minneapolis, MN  55440-0960** | | | **collection of amount due for NSF check written at Target** | | | | **59.54** |

Sheet no. ____**8**__ of ____**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,982.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Howard, Jody A

Debtor(s)    Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4914** <br><br> **Deluxe Payment Protection Systems** <br> **P.O. Box 1287** <br> **Bothwell, WA  98041-1287** | | | collection of amount due to Burlington Coat Factory for returned checks | | | | 259.61 |
| ACCOUNT NO. **3643** <br><br> **Eagle Food Centers Inc.** <br> **P.O. Box 6338** <br> **Rock Island, IL  61204-6338** | | | collection of amount due for returned checks | | | | 367.48 |
| ACCOUNT NO. **4700** <br><br> **Education Services** <br> **2505 S. Finley Road** <br> **Lombard, IL  60148-4899** | | | amount due on account | | | | 945.44 |
| ACCOUNT NO. **9428** <br><br> **Elite Recovery Services, Inc.** <br> **P.O. Box 3474** <br> **Buffalo, NY  14240-3474** | | | collection of amount due to ERA Acquisitions, Inc. Household Bank on account 5413360051680252 | | | | 1,097.88 |
| ACCOUNT NO. **9349** <br><br> **Equifax** <br> **11601 Roosevelt Blvd** <br> **St. Petersburg, FL  33716** | | | collection of amount due to Structure for returned check with reference number 64796218 | | | | 83.04 |
| ACCOUNT NO. **5130** <br><br> **Equifax** <br> **11601 Roosevelt Blvd** <br> **St. Petersburg, FL  33716** | | | collection of amount due to Marshalls 8544 for returned check | | | | 111.57 |
| ACCOUNT NO. **7885** <br><br> **Equifax** <br> **11601 Roosevelt Blvd** <br> **St. Petersburg, FL  33716** | | | collection of amount due to T J Maxx 169 for returned check | | | | 66.10 |

Sheet no. _____**9**_ of _____**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,931.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Howard, Jody A**

Debtor(s)    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1432** <br><br>**Equifax** <br>**11601 Roosevelt Blvd** <br>**St. Petersburg, FL  33716** | | | **collection of amount due to T. J. Maxx 169 for returned check** | | | | 68.79 |
| ACCOUNT NO. **4678** <br><br>**Equifax** <br>**11601 Roosevelt Blvd** <br>**St. Petersburg, FL  33716** | | | **collection of amount due to Marshalls 8544 for returned check** | | | | 75.00 |
| ACCOUNT NO. **8730** <br><br>**Equifax** <br>**11601 Roosevelt Blvd** <br>**St. Petersburg, FL  33716** | | | **collection of amount due for returned check** | | | | 195.59 |
| ACCOUNT NO. **6706** <br><br>**Equifax** <br>**11601 Roosevelt Blvd** <br>**St. Petersburg, FL  33716** | | | **collection of amount due to T J Maxx 169 for returned check** | | | | 79.62 |
| ACCOUNT NO. **3715** <br><br>**Equifax Check Services Inc.** <br>**P.O. Box 30272** <br>**Tampa, FL  33630-3272** | | | **collection of amount due** | | | | 239.98 |
| ACCOUNT NO. **4275** <br><br>**Ffcc-columbus Inc** <br>**1550 Old Henderson Rd St** <br>**Columbus, OH  43220** | | H | **Open account opened 10/06** | | | | 75.00 |
| ACCOUNT NO. **7481** <br><br>**Fidelity Information Corporation** <br>**P.O. Box 1616** <br>**Pacific Palasades, CA  90272-1616** | | | **collection of amount due to Midwest Center for Stress** | | | | 149.32 |

Sheet no. ____**10**___ of _____**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **883.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A                                                  Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0252** <br><br> **First National Collection Bureau, Inc.** <br> **610 Waltham Way** <br> **Sparks, NV  89434** | | | collection of amount due to Elite Recovery Services for debt owed to Household Bank | | | | 1,158.06 |
| ACCOUNT NO. **2542** <br><br> **First National Collection Bureau, Inc.** <br> **3631 Warren Way** <br> **Reno, NV  89509** | | | collection of amount due to NCO Financial Systems, Inc for Cross Country Bank | | | | 3,743.03 |
| ACCOUNT NO. **7458** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD  57104** | | W | Revolving account opened 5/00 | | | | 664.70 |
| ACCOUNT NO. **0443** <br><br> **First Premier Bank** <br> **P.O. Box 5147** <br> **Sioux Falls, SD  57117-5147** | | | revolving account | | | | 584.18 |
| ACCOUNT NO. **5012** <br><br> **Firstsource Fin Soluti** <br> **7650 Magna Dr** <br> **Belleville, IL  62223** | | H | Open account opened 12/05 | | | | 3,541.00 |
| ACCOUNT NO. **0064** <br><br> **Firstsource Fin Soluti** <br> **7650 Magna Dr** <br> **Belleville, IL  62223** | | H | Open account opened 5/09 | | | | 183.00 |
| ACCOUNT NO. **5749** <br><br> **Firstsource Fin Soluti** <br> **1900 W Severs Rd** <br> **La Porte, IN  46350** | | H | Open account opened 12/07 | | | | 100.00 |

Sheet no. **11** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,973.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A                                                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1264**<br>**Firstsource Fin Soluti**<br>**1900 W Severs Rd**<br>**La Porte, IN 46350** | | H | Open account opened 3/08 | | | | 100.00 |
| ACCOUNT NO. **2685**<br>**FMS Inc.**<br>**P.O. Box 707600**<br>**Tulsa, OK 74170-7600** | | | collection of amount due to Certegy Payment Recovery Services (account 5063188) for dishonored check #2495 written to Cache 042 | | | | 194.95 |
| ACCOUNT NO. **L378**<br>**Frank M. Bonifacic, Esq.**<br>**111 W. Washington #1850**<br>**Chicago, IL 60602** | | | collection of amount due to TurfCare Enterprises, Inc. | | | | 300.91 |
| ACCOUNT NO. **9261**<br>**Goggins & Lavintman**<br>**1295 Northland Drive #270**<br>**Mandota Heights, MN 55120** | | | collection of amount due for dishonored check | | | | 230.76 |
| ACCOUNT NO. **nown**<br>**Goggins & Lavintman**<br>**3140 Neil Armstrong Boulevard**<br>**Eagan, MN 55121** | | | collection of amount due to Cub Foods 31074 for dishonored check 1276 | | | | 286.90 |
| ACCOUNT NO. **9895**<br>**Great American Finance**<br>**205 W Wacker**<br>**Chicago, IL 60606** | | H | Installment account opened 6/03 | | | | 3,957.00 |
| ACCOUNT NO. **7355**<br>**Great American Finance**<br>**205 W Wacker**<br>**Chicago, IL 60606** | | H | Installment account opened 12/02 | | | | 2,506.00 |

Sheet no. ____**12**__ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 7,576.52

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A                                                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9619**<br>**Great Lakes Collection Bureau Inc.**<br>**45 Oak Street**<br>**Buffalo, NY  14203-2697** | | | collection of amount due to FDS Bank/Bloomingdales for returned checks | | | | 185.58 |
| ACCOUNT NO. **4822**<br>**H And F Law**<br>**33 N Lasalle**<br>**Chicago, IL  60602** | | H | | | | | 277.00 |
| ACCOUNT NO. **4891**<br>**H And F Law**<br>**33 N Lasalle**<br>**Chicago, IL  60602** | | H | | | | | 277.00 |
| ACCOUNT NO. **4916**<br>**H And F Law**<br>**33 N Lasalle**<br>**Chicago, IL  60602** | | H | | | | | 277.00 |
| ACCOUNT NO. **4901**<br>**H And F Law**<br>**33 N Lasalle**<br>**Chicago, IL  60602** | | H | | | | | 69.00 |
| ACCOUNT NO. **4791**<br>**H And F Law**<br>**33 N Lasalle**<br>**Chicago, IL  60602** | | H | | | | | 67.00 |
| ACCOUNT NO. **1889**<br>**Hall & Associates**<br>**Attorneys At Law**<br>**560 Route 303  #209**<br>**Orangeburg, NY  10962** | | | collection of amount due to National Recoveries for dishonored check at Cub Foods | | | | 700.48 |

Sheet no. ____**13**__ of ____**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,853.06

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Howard, Jody A                                                    Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1890**<br><br>**Hall & Associates**<br>**Attorneys At Law**<br>**560 Route 303  #209**<br>**Orangeburg, NY  10962** | | | **collection of amount due to National Recoveries for dishonored check written to Cub Foods** | | | | 335.99 |
| ACCOUNT NO. **9895**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to Great American Finance Company in lawsuit 04AR492** | | | | 8,307.09 |
| ACCOUNT NO. **2110**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to TCF National Bank 1875688338** | | | | 446.27 |
| ACCOUNT NO. **5897**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to Great American Finance Company SL36980** | | | | 1,011.90 |
| ACCOUNT NO. **5497**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to Jewel Food Stores Inc  8555600595/004850/6 for returned checks** | | | | 367.61 |
| ACCOUNT NO. **4454**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to TCF National Bank on account ******9143 and Jewel Food Stores, Inc.** | | | | 1,524.72 |
| ACCOUNT NO. **5896**<br><br>**Heller And Frisone Ltd**<br>**33 N. LaSalle Street #1200**<br>**Chicago, IL  60602** | | | **collection of amount due to Great American Finance Company 709895** | | | | 7,211.44 |

Sheet no. ____**14**____ of _____**28**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **19,205.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A                                           Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3736** <br> **Hsbc/saks** <br> **12 E 49th Street** <br> **New York, NY 10017** | | H | **Revolving account opened 5/06** | | | | **261.52** |
| ACCOUNT NO. **2923** <br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477-9110** | | | **collection of amount due to B. Bartloni for ENH Radiology on account 9430023139\*** | | | | **215.00** |
| ACCOUNT NO. **7323** <br> **Jack H. Rottner** <br> **Attorney At Law** <br> **105 W. Madison ST. #1200** <br> **Chicago, IL 60602** | | | **collection of amount due Don Tech, a Partnership in lawsuit 00 M1 157323 filed in Cook County, Illinois** | | | | **unknown** |
| ACCOUNT NO. **6699** <br> **JBC & Associates** <br> **2 Broad Street 6th Floor** <br> **Bloomfield, NJ 07003-2550** | | | **collection of amount due to TCF National Bank for dishonored check #2092** | | | | **124.13** |
| ACCOUNT NO. **U522** <br> **JBC & Associates** <br> **2 Broad Street 6th Floor** <br> **Bloomfield, NJ 07003-2550** | | | **collection of amount due to Best Buy #318 for dishonored check** | | | | **242.74** |
| ACCOUNT NO. **4611** <br> **JBC Legal Group, P.C.** <br> **2 Broad Street 6th Floor** <br> **Bloomfield, NJ 07003-2550** | | | **collection of amount due to Best Buy #318** | | | | **795.96** |
| ACCOUNT NO. **4649** <br> **Kca Financial Svcs** <br> **628 North St** <br> **Geneva, IL 60134** | | H | **Open account opened 4/09** | | | | **60.00** |

Sheet no. ____**15**____ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,699.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A
_____
Debtor(s)    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3736**<br>**LDG Financial Services, LLC**<br>**P.O. Box 1425**<br>**Norcross, GA  30091-1425** | | | **collection of amount due to Arrow Financial Services** | | | | 269.28 |
| ACCOUNT NO. **2684**<br>**LHR Inc.**<br>**56 Main Street**<br>**Hamburg, NY  14075-4905** | | | **collection of amount due to Certigy - Cache 125** | | | | 205.76 |
| ACCOUNT NO. **1981**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**P.O. Box 06152**<br>**Chicago, IL  60606-0140** | | | **collection of amount due to City of Chicago for red light violation on plate #7388920** | | | | 180.00 |
| ACCOUNT NO. **5133**<br>**Lord & Taylor**<br>**Bank Check Department**<br>**P.O. Box 66928**<br>**St. Louis, MO  63166-6928** | | | **collection of amount due for dishonored check #1229** | | | | 111.58 |
| ACCOUNT NO. **1953**<br>**Merchants' Credit Guide Co.**<br>**223 W. Jackson Blvd**<br>**Chicago, IL  60606** | | | **collection of amount due to Chicago Tribune** | | | | 13.50 |
| ACCOUNT NO. **4049**<br>**Merchants' Credit Guide Co.**<br>**223 W. Jackson Blvd**<br>**Chicago, IL  60606** | | | **collection of amount due to Atlantic Credit & Finance for Household Bank on original #5413360051680252** | | | | 1,199.79 |
| ACCOUNT NO. **3740**<br>**National Action Financial Services**<br>**165 Lawrence Bell Dr  #100**<br>**P.O. Box 9027**<br>**Williamsville, NY  14231-9027** | | | **collection of amount due to Cross Country Bank for Genesis Financial Solutions Inc.** | | | | 3,065.30 |

Sheet no. ____**16**____ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **5,045.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0660** <br> **National Asset Services Company** <br> **10101 Harwin  #260** <br> **Houston, TX  77036** | | | collection of amount due to Avon | | | | 281.14 |
| ACCOUNT NO. **9120** <br> **National Credit Audit Corporation** <br> **8512 Allen Road** <br> **Peoria, IL  61615** | | | colleciton of amount due | | | | 9.98 |
| ACCOUNT NO. **4363** <br> **National Management Recovery Corp.** <br> **5944 Coral Ridge Dr. #204** <br> **Coral Springs, FL  33076-3300** | | | collection of amoutn due to Cache 125 for dishonored check 2492 | | | | 205.76 |
| ACCOUNT NO. **1903** <br> **National Recoveries, Inc.** <br> **11000 Central Avenue N.E.** <br> **Blaine, MN  55434-3827** | | | collection of amount due to Cub Foods on account 74200976 | | | | 230.99 |
| ACCOUNT NO. **1905** <br> **National Recoveries, Inc.** <br> **11000 Central Avenue N.E.** <br> **Blaine, MN  55434-3827** | | | collection of amount due to Cub Foods on account 74200976 | | | | 178.58 |
| ACCOUNT NO. **1904** <br> **National Recoveries, Inc.** <br> **11000 Central Avenue N.E.** <br> **Blaine, MN  55434-3827** | | | collection of amoutn due to Cub Foods on account 74200976 | | | | 311.90 |
| ACCOUNT NO. **3091** <br> **Nbgl-carsons** <br> **Household Mortgage Services** <br> **P.O.Box 9068** <br> **Brandon, FL  33509** | | H | Revolving account opened 12/98 | | | | 577.00 |

Sheet no. ____**17**__ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,795.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Howard, Jody A                                                                    Case No. _____
_____                                                        (If known)
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6168** <br> **NCO Financial Systems Inc.** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | | collection of amount due for Crosscheck regarding April Cornell #370 | | | | 124.13 |
| ACCOUNT NO. **1855** <br> **NCO Financial Systems Inc.** <br> **P.O. Box 8529** <br> **Philadelphia, PA  19101** | | | collection of amount due to Marlin Capital / Certegy | | | | 217.74 |
| ACCOUNT NO. **3740** <br> **NCO Financial Systems Inc.** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | | collection of amount owed to Cross Country Bank | | | | 3,444.06 |
| ACCOUNT NO. **3740** <br> **NCO Financial Systems Inc.** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | | collection of amount due to Cross County Bank | | | | 3,435.66 |
| ACCOUNT NO. **2902** <br> **North Shore Agency, Inc.** <br> **P.O. Box 8901** <br> **Westbury, NY  11590-8901** | | | collection of amount due | | | | 27.95 |
| ACCOUNT NO. **2403** <br> **North Shore Agency, Inc.** <br> **P.O. Box 8901** <br> **Westbury, NY  11590-8901** | | | collection of amount due to Oxmore House | | | | 29.91 |
| ACCOUNT NO. **0715** <br> **North Shore Agency, Inc.** <br> **P.O. Box 8901** <br> **Westbury, NY  11590-8901** | | | collection fo amoutn due | | | | 37.58 |

Sheet no. _____**18**___ of _____**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **7,317.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A                                                    Case No. _____
         Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0715**<br>**North Shore Agency, Inc.**<br>**P.O. Box 8901**<br>**Westbury, NY  11590-8901** | | | **collection of amount due** | | | | **37.58** |
| ACCOUNT NO. **0420**<br>**North Shore Agency, Inc.**<br>**P.O. Box 8901**<br>**Westbury, NY  11590-8901** | | | **collection of amount due** | | | | **40.72** |
| ACCOUNT NO. **2082**<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Edina, MN  55439** | | | **collection of amount due to Resurgent Capital Services for Providian Financial Corp on account 4479481100438585** | | | | **5,666.48** |
| ACCOUNT NO. **9380**<br>**Northwest Collectors Inc.**<br>**3601 Algonquin Road  #232**<br>**Rolling Meadows, IL  60008-3106** | | | **collection of amount due to Village of Buffalo Grove** | | | | **285.00** |
| ACCOUNT NO. **1904**<br>**Ntl Recovery**<br>**11000 Central Ave**<br>**Blaine, MN  55434** | | H | | | | | **312.00** |
| ACCOUNT NO. **1905**<br>**Ntl Recovery**<br>**11000 Central Ave**<br>**Blaine, MN  55434** | | H | | | | | **179.00** |
| ACCOUNT NO. **0252**<br>**Orchard Bank**<br>**P.O. Box 80084**<br>**Salinas, CA  93912-0084** | | | **revolving account** | | | | **582.32** |

Sheet no. ____**19**__ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **7,103.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE Howard, Jody A
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4996** <br> **ORS** <br> **P.O. Box 291269** <br> **Nashville, TN  37229** | | | collection of amount due to AETNA on claim 324181742 | | | | 92.25 |
| ACCOUNT NO. **8005** <br> **Oxford Management Services** <br> **CS 9018** <br> **Melville, NY  11747** | | | collection of amount due to Telecheck Services on claim 4487679 | | | | 576.91 |
| ACCOUNT NO. **0760** <br> **Oxmore House** <br> **P.O. Box 62502** <br> **Tampa, FL  33662-5028** | | | amount due for invoice 62040195469318 | | | | 29.91 |
| ACCOUNT NO. **6168** <br> **Penn Credit Corporation** <br> **P.O. Box 288** <br> **Harrisburg, PA  17108-0988** | | | collection of amount due for returned check #2092 | | | | 99.13 |
| ACCOUNT NO. **5673** <br> **Penn Credit Corporation** <br> **P.O. Box 288** <br> **Harrisburg, PA  17108-0988** | | | collection of amount due to Rodale | | | | 27.95 |
| ACCOUNT NO. **0976** <br> **Portfolio Recovery Associates** <br> **Legal Department** <br> **P.O. Box 12903** <br> **Norfold, VA  23541** | | | collection of amount due to Guaranty Bank | | | | 941.00 |
| ACCOUNT NO. **0976** <br> **Portfolio Recvry And Affil** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA  23502** | | H | Open account opened 9/07 | | | | 941.00 |

Sheet no. ____**20**____ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,708.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Howard, Jody A        Case No. _____
         Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2396**<br>**Prevention**<br>**P.O. Box 7319**<br>**Red Oak, IA 51591-0319** | | | amount due | | | | 16.97 |
| ACCOUNT NO. **5080**<br>**Professional Account Management LLC**<br>**P.O. Box 391**<br>**Milwaukee, WI 53201-0391** | | | collection of amount due to TCF Bank | | | | 406.20 |
| ACCOUNT NO. **3556**<br>**Professional Account Management LLC**<br>**P.O. Box 391**<br>**Milwaukee, WI 53201-0391** | | | collection of amount due to Guaranty Bank - checking | | | | 941.00 |
| ACCOUNT NO. **7441**<br>**Professional Account Management LLC**<br>**P.O. Box 391**<br>**Milwaukee, WI 53201-0391** | | | collection of amount due to TCF Bank | | | | 91.00 |
| ACCOUNT NO. **7011**<br>**Professional Recovery Systems**<br>**3005 Almaden Expressway**<br>**San Jose, CA 95118** | | | collection of amount owed to Nordstrom | | | | 960.88 |
| ACCOUNT NO. **6162**<br>**Professional Recovery Systems**<br>**3005 Almaden Expressway**<br>**San Jose, CA 95118** | | | collection of amount due to Nordstrom | | | | 793.13 |
| ACCOUNT NO. **5699**<br>**Professional Recovery Systems**<br>**3005 Almaden Expressway**<br>**San Jose, CA 95118** | | | collection of amount due to Norstrom for returned check | | | | 64.18 |

Sheet no. ____**21**____ of ____**28**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,273.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE Howard, Jody A
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5708** <br><br> **Professional Recovery Systems** <br> **3005 Almaden Expressway** <br> **San Jose, CA  95118** | | | **collection of amount due to Nordstrom for returned check** | | | | 940.65 |
| ACCOUNT NO. **6163** <br><br> **Professional Recovery Systems** <br> **3005 Almaden Expressway** <br> **San Jose, CA  95118** | | | **collection of amount due to Nordstrom fsb-returned check** | | | | 787.58 |
| ACCOUNT NO. **8585** <br><br> **Providian** <br> **P.O. Box 660548** <br> **Dallas, TX  75266-0548** | | | **amount due on revolving account** | | | | 3,350.02 |
| ACCOUNT NO. **6647** <br><br> **RDK Collection Services Inc.** <br> **2899 E. Big Beaver Road** <br> **PMB 313** <br> **Troy, MI  48083-2466** | | | **collection of amount due to A A A (Bail Bonds) for reference #221688800** | | | | 75.00 |
| ACCOUNT NO. **3557** <br><br> **RDK Collection Services Inc.** <br> **2899 E. Big Beaver Road** <br> **PMB 313** <br> **Troy, MI  48083-2466** | | | **collection of amount due to AAA Bail Bonds** | | | | 75.00 |
| ACCOUNT NO. **5776** <br><br> **Redline Recovery Services, LLC** <br> **1145 Sanctuary Pkwy  #350** <br> **Alpharetta, GA  30009-4756** | | | **collection of amount due to Arrow Financial for HSBC Bank Nevada, National.Association for reference 0000008095203736** | | | | 279.05 |
| ACCOUNT NO. **1614** <br><br> **Richard R. Della Croce** <br> **P.O. Box 1067** <br> **9447 W. 144th Place  #100** <br> **Orland Park, IL  60462** | | | **collection of amount due to Lord & Taylor of dishonored check** | | | | 111.58 |

Sheet no. ___**22**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,618.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Howard, Jody A
          Debtor(s)                        Case No. _____
                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1611**<br>**Richard R. Della Croce**<br>**P.O. Box 1067**<br>**9447 W. 144th Place  #100**<br>**Orland Park, IL  60462** | | | collection of amount due to Lord & Taylor for dishonored check | | | | **111.58** |
| ACCOUNT NO. **4597**<br>**Risk Management Alternatives, Inc.**<br>**P.O. Box 105408**<br>**Atlanta, GA  30348** | | | collection of amoutn due to SBC Ameritech Illinois for reference 847-604-4697-5531 | | | | **210.59** |
| ACCOUNT NO. **9619**<br>**Risk Management Alternatives, Inc.**<br>**P.O. Box 4018**<br>**Reynoldsburg, OH  43068** | | | collection of amount due to Bloomingdales on account 04568-092700@0026 | | | | **185.58** |
| ACCOUNT NO. **5970**<br>**Risk Management Alternatives, Inc.**<br>**P.O. Box 105408**<br>**Atlanta, GA  30348** | | | collection of amount due to Equifax Check Services (T04) for returned checks -  reference 64195130 | | | | **111.57** |
| ACCOUNT NO. **5673**<br>**Rodale Books**<br>**P.O. Box 7031**<br>**Emmaus, PA  18098-0731** | | | amount due on account | | | | **68.67** |
| ACCOUNT NO. **3736**<br>**Saks Fifth Avenue**<br>**P. O. Box 17157**<br>**Baltimore, MD  21297-1157** | | | revolving account | | | | **0.00** |
| ACCOUNT NO. **3448**<br>**Salvatore Spinelli, Esq.**<br>**135 Maxes Road #2B**<br>**Melville, NY  11747** | | | collection of amount due to Certegy Check Services Inc. for Card & Party Warehouse on claim 3160065 | | | | **41.02** |

Sheet no. _____**23**___ of _____**28**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                         (Total of this page)  $    **729.01**

                                      Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2685** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Certegy Check Services Inc., for Cashe 042 on claim 3164979** | | | | **194.95** |
| ACCOUNT NO. **2684** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Certegy Check Services Inc. for Chache 125 on claim 3164979** | | | | **205.76** |
| ACCOUNT NO. **8085** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Telechek Services for Saks Inc 751 on claim 3310780** | | | | **199.42** |
| ACCOUNT NO. **1001** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Telecheck Services for My Sisters Circus on claim 3310780** | | | | **153.33** |
| ACCOUNT NO. **8087** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Telecheck Services for Sacks Inc 727 on claim 3265595** | | | | **240.21** |
| ACCOUNT NO. **8084** <br> **Salvatore Spinelli, Esq.** <br> **135 Maxes Road #2B** <br> **Melville, NY 11747** | | | **collection of amount due to Telecheck Services for Saks Inc. 751 on claim 3310780** | | | | **237.83** |
| ACCOUNT NO. **5708** <br> **Sentry Credit, Inc.** <br> **2809 Grand Avenue** <br> **Everett, WA 98201** | | | **collection of amount due to Nordstrom FSB** | | | | **107.46** |

Sheet no. __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,338.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A

_____    _____
Debtor(s)    Case No.    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6947**<br>**TCF National Bank**<br>**800 Burr Ridge Parkway**<br>**Burr Ridge, IL  60521** | | | **collection of overdraft amount on account** | | | | **153.21** |
| ACCOUNT NO. **7750**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to Dominick's Finer Foods** | | | | **80.49** |
| ACCOUNT NO. **4223**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to ULTA3** | | | | **93.88** |
| ACCOUNT NO. **1001**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to My Sisters Circus for returned check** | | | | **153.33** |
| ACCOUNT NO. **0256**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to Banana Republic for returned check 2710** | | | | **177.24** |
| ACCOUNT NO. **0255**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to Banana Republic for returned check 2486** | | | | **177.24** |
| ACCOUNT NO. **0896**<br>**Telecheck Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | **collection of amount due to the Bombay Company for returned check** | | | | **96.12** |

Sheet no. ____ **25** of ____ **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **931.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Howard, Jody A
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8005** <br> **Telecheck Recovery Services, Inc.** <br> **5251 Westheimer** <br> **Houston, TX 77056** | | | **collection of amount due to Saks Inc for NSF check** | | | | **576.91** |
| ACCOUNT NO. **9931** <br> **The Bureaus** <br> **P.O. Box 607** <br> **Wilmette, IL 60091** | | | **collection of amount due to Kohl's Dept. Store for returned checks** | | | | **361.97** |
| ACCOUNT NO. **4700** <br> **Trinity International University** <br> **2065 Half Day Road** <br> **Deerfield, IL 60015** | | | **amount due on Tuition Account** | | | | **1,255.82** |
| ACCOUNT NO. <br> **ACS Education Services** <br> **2505 S. Finley Road** <br> **Lombard, IL 60148** | | | **Assignee or other notification for:** <br> **Trinity International University** | | | | |
| ACCOUNT NO. **0566** <br> **TRS Recovery Services, Inc.** <br> **P.O. Box 60022** <br> **City Of Industry, CA 91716** | | | **collection of amount due to Cub Foods 31074 for NFS check 1276** | | | | **311.90** |
| ACCOUNT NO. **0557** <br> **TRS Recovery Services, Inc.** <br> **P.O. Box 60022** <br> **City Of Industry, CA 91716** | | | **collection of amount due to Cub Foods 31074 for NSF check 1277** | | | | **230.99** |
| ACCOUNT NO. **0527** <br> **TRS Recovery Services, Inc.** <br> **P.O. Box 60022** <br> **City Of Industry, CA 91716** | | | **collection of amount due to Cub Foods 31074 for NSF check 1278** | | | | **178.58** |

Sheet no. ____ **26** of ____ **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,916.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Howard, Jody A                                                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8005**<br>**TRS Recovery Services, Inc.**<br>**P.O. Box 4857**<br>**Houston, TX 77210-4857** | | | **collection of amuont due to Saks Inc 727 for dishonored check 1188** | | | | **576.91** |
| ACCOUNT NO. **0256**<br>**TRS Recovery Services, Inc.**<br>**P.O. Box 17450**<br>**Denver, CO 80217-0450** | | | **collection of amount due to Banana Republic for dishonored check 2710** | | | | **177.24** |
| ACCOUNT NO. **0255**<br>**TRS Recovery Services, Inc.**<br>**P.O. Box 17450**<br>**Denver, CO 80217-0450** | | | **collection of amount due to Banana Republic for dishonored check 2486** | | | | **177.24** |
| ACCOUNT NO. **L378**<br>**TurfCare Enterprises, Inc.**<br>**8 Hillside Drive #A**<br>**Barrington, IL 60010** | | | **amount due for services** | | | | **300.91** |
| ACCOUNT NO. **3656**<br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | **Open account opened 9/06** | | | | **216.00** |
| ACCOUNT NO. **1522**<br>**United Revenue Service, Inc.**<br>**4400 North High Street #101**<br>**P.O. Box 14389**<br>**Columbus, OH 43214** | | | **collection of amount due to Ameritech-Illinois** | | | | **599.08** |
| ACCOUNT NO. **0258**<br>**Universal Fidelity Corporation**<br>**P.O. Box 941911**<br>**Houston, TX 77094-8911** | | | **collection of amount due to Bloomingdale's** | | | | **65.53** |

Sheet no. ___**27**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,112.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Howard, Jody A                                                             Case No. _____
_____
Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4230**<br>**Wexler And Wexler**<br>**Attorneys At Law**<br>**500 W. Madison Street  #2910**<br>**Chicago, IL  60661** | | | **collection of amount due to K Mart Corporation for returned check** | | | | **164.17** |
| ACCOUNT NO. **2723**<br>**Wexler And Wexler**<br>**Attorneys At Law**<br>**500 W. Madison Street  #2910**<br>**Chicago, IL  60661** | | | **collection of amount due to Wal-Mart Stores Inc. for returned checks** | | | | **84.13** |
| ACCOUNT NO. **N894**<br>**Whole Foods Market**<br>**Collection Department**<br>**3241 N. Lincoln Avenue**<br>**Chicago, IL  60657** | | | **collection of amount due for returned check 2477** | | | | **70.03** |
| ACCOUNT NO. **4700**<br>**Williams & Fudge Inc.**<br>**P.O. Box 11590**<br>**775 Addison Avenue**<br>**Rock Hills, SC  29731-1590** | | | **collection of amount due to Trinity International Univ (pin 30530347)** | | | | **1,266.61** |
| ACCOUNT NO. **1305**<br>**Zalutsky & Pinski LTD**<br>**20 N. Clark Street  #600**<br>**Chicago, IL  60602** | | | **collection of amount due to Great American Finance Company** | | | | **7,021.44** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**28**___ of _____**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,606.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **122,335.98**

B6G (Official Form 6G) (12/07)

IN RE Howard, Jody A _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Howard, Jody A**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

**IN RE** <u>Howard, Jody A</u>                                    Case No. _____
           Debtor(s)                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**23**<br>**18** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Independent Contractor** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)    DEBTOR    SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)  $ _____  $ _____
2. Estimated monthly overtime  $ _____  $ _____
3. **SUBTOTAL**  $ _____ **0.00** $ _____
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security  $ _____  $ _____
   b. Insurance  $ _____  $ _____
   c. Union dues  $ _____  $ _____
   d. Other (specify) _____  $ _____  $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**  $ _____ **0.00** $ _____
6. **TOTAL NET MONTHLY TAKE HOME PAY**  $ _____ **0.00** $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)  $ _____  $ _____
8. Income from real property  $ _____  $ _____
9. Interest and dividends  $ _____  $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above  $ _____  $ _____
11. Social Security or other government assistance
   (Specify) _____  $ _____  $ _____
   _____  $ _____  $ _____
12. Pension or retirement income  $ _____  $ _____
13. Other monthly income
   (Specify) _____  $ _____  $ _____
   _____  $ _____  $ _____
   _____  $ _____  $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**  $ _____  $ _____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)  $ _____ **0.00** $ _____

16. **COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ _____ **0.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Howard, Jody A</u>                                                      Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                     $ _____
   a. Are real estate taxes included?    Yes _____  No _✓_
   b. Is property insurance included?    Yes _____  No _✓_
2. Utilities:
   a. Electricity and heating fuel                                                                   $ _____
   b. Water and sewer                                                                                 $ _____
   c. Telephone                                                                                       $ _____
   d. Other _____                                   $ _____
      _____                                   $ _____
3. Home maintenance (repairs and upkeep)                                                                 $ _____
4. Food                                                                                                   $ _____
5. Clothing                                                                                               $ _____
6. Laundry and dry cleaning                                                                               $ _____
7. Medical and dental expenses                                                                            $ _____
8. Transportation (not including car payments)                                                            $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                       $ _____
10. Charitable contributions                                                                              $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's                                                                        $ _____
   b. Life                                                                                            $ _____
   c. Health                                                                                          $ _____
   d. Auto                                                                                            $ _____
   e. Other _____                                  $ _____
      _____                                   $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify) _____                                $ _____
      _____                                   $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto                                                                                            $ _____
   b. Other _____                                  $ _____
      _____                                   $ _____
14. Alimony, maintenance, and support paid to others                                                      $ _____
15. Payments for support of additional dependents not living at your home                                 $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)          $ _____
17. Other _____                                       $ _____
      _____                                   $ _____
      _____                                   $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ _____

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I                                              $ _____ **0.00**
   b. Average monthly expenses from Line 18 above                                                    $ _____ **0.00**
   c. Monthly net income (a. minus b.)                                                               $ _____ **0.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Howard, Jody A _____ Case No. _____
                              Debtor(s)                                                           (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____42 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 13, 2010** _____     Signature: */s/ Jody A Howard* _____
                                                              **Jody A Howard**                                            Debtor

Date: _____     Signature: _____
                                                                                                          (Joint Debtor, if any)
                                                              [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                              _____
                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

**Howard, Jody A** _____    Chapter **7** _____
                                            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
14,762.00  2008  **International Cosmetics & Perfumes, Inc., 350 Fifth Avenue, Suite 4201, New York, NY  10118**

2,530.00  2008  **Peter Thomas Roth Labs LLC, 460 Park Avenue, 16th Floor, New York, NY  10022**

8,000.00  2009  **International Cosmetics & Perfumes, Inc., 350 Fifth Avenue, Suite 4201, New York, NY  10118**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑   debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dwight C. Adams & Associates**<br>**1855 Rohlwing Road  #D**<br>**Rolling Meadows, IL  60008** | **11/20/2009** | **1,000.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**



None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 13, 2010** _____    Signature   **/s/ Jody A Howard** _____
                           of Debtor                                                         **Jody A Howard**

Date: _____    Signature _____
                           of Joint Debtor
                           (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                                    Case No. _____

**Howard, Jody A**                                                        Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 13, 2010**_____          **/s/ Jody A Howard**
                                                          Signature of Debtor

                                                          _____
                                                          Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

Howard, Jody A _____    Chapter **7** _____
                            Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **127**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 13, 2010** _____    */s/ Jody A Howard* _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Howard, Jody A
1388 Larchmont
Buffalo Grove, IL  60089

American Collections
919 Estes Ct
Schaumburg, IL  60193

Bronson & Migliaccio
799 Roosevelt Road Bldg 6 #316A
Glen Ellyn, IL  60137

Dwight Adams & Associates
1855 Rohlwing Rd Ste D
Rolling Meadows, IL  60008

Applied Bank
4700 Exchange Cour
Boca Raton, FL  33431

Bureau Of Account Management
3607 Rosemont Avenue  #502
P.O. Box 8875
Camp Hill, PA  17001-8875

AAA Collectors Inc.
DBA Triple Check
2950 N. Academy Blvd  #201
Colorado Springs, CO  80917-5341

Arrow Financial Servic
5996 W Touhy Ave
Niles, IL  60714

Cap One
Pob 30281
Salt Lake City, UT  84130

AAA Collectors Inc.
DBA Triple Check Inc.
2950 N. Academy Blvd  #201
Colorado Srpings, CO  80917-5341

Assetcare, Inc.
5100 Peachtree Industrial Blvd
Norcross, GA  30071

Capital One
P.O. Box 25131
Richmond, VA  23276-0001

ACC International
ACC BLDG.
919 Estes Court
Schaumburg, IL  60193

Bankfirst
P.O. Box 650310
Dallas, TX  75265-0310

Captial Management Services
726 Exchange Street  #700
Buffalo, NY  14210-1494

Account Control Systems, Inc.
256 Livingston St  2nd Floor
Northvale, NJ  07647

Bennett & DeLoney
P.O. Box 190
Midvale, UT  84047-0190

Carson Pirie Scott
P.O. Box 10327
Jackson, MS  39289-0327

ACS Education Services
P.O. Box 7051
Utica, NY  13504-7051

Biehl & Biehl, Inc.
P.O. Box 66415
Chicago, IL  60666-0415

Carson Pirie Scott
Corporate Credit Center
140 Industrial Drive
Elmhurst, IL  60126

ACS Education Services
2505 S. Finley Road
Lombard, IL  60148

Blatt Hasenmiller Leibsker & Moore LLC
125 S. Wacker Dr. #400
Chicago, IL  60606

Cash Flow Consultants Inc.
P.O. Box 1527
Bridgeview, IL  60455-0527

Action Card/bankfirst
Po Box 105555
Atlanta, GA  30348

Blitt And Gaines
661 Glenn Avenue
Wheeling, IL  60090

CBCS
P.O. Box 163006
Columbus, OH  43216-3006

Allied Interstate
Collection Division
P.O. Box 1351
Minneapolis, MN  55440

Bloomingdales
Returned Check Department
P.O. Box 4590
Carol Stream, IL  60197

Certegy Payment Recovery Services
11601 Roosevelt Boulevard
St. Petersburg, FL  33716

**Certified Services Inc**
1733 Washington St Ste 2
Waukegan, IL 60085

**Dayton Hudson Corporation**
P.O. Box 960
Minneapolis, MN 55440-0960

**First National Collection Bureau, Inc.**
3631 Warren Way
Reno, NV 89509

**CFData Corp**
P.O. Box 650484
Dallas, TX 75265-0484

**Deluxe Payment Protection Systems**
P.O. Box 1287
Bothwell, WA 98041-1287

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104

**Chams Women's Health Care**
4200 West Peirson Avenue #101
Chicago, IL 60646

**Eagle Food Centers Inc.**
P.O. Box 6338
Rock Island, IL 61204-6338

**First Premier Bank**
P.O. Box 5147
Sioux Falls, SD 57117-5147

**Chase**
Bank One Card Serv
Westerville, OH 43081

**Education Services**
2505 S. Finley Road
Lombard, IL 60148-4899

**Firstsource Fin Soluti**
7650 Magna Dr
Belleville, IL 62223

**Commonwealth Equity Adjustments**
4807 Clayton Road 2nd Floor
Concord, CA 94521-2940

**Elite Recovery Services, Inc.**
P.O. Box 3474
Buffalo, NY 14240-3474

**Firstsource Fin Soluti**
1900 W Severs Rd
La Porte, IN 46350

**Computer Credit Inc.**
640 W. Fourth Street
P.O. Box 5238
Winston-Salem, NC 27113

**Equifax**
11601 Roosevelt Blvd
St. Petersburg, FL 33716

**FMS Inc.**
P.O. Box 707600
Tulsa, OK 74170-7600

**Condell Medical Center**
Dept 77-97169
Chicago, IL 60678-7169

**Equifax Check Services Inc.**
P.O. Box 30272
Tampa, FL 33630-3272

**Frank M. Bonifacic, Esq.**
111 W. Washington #1850
Chicago, IL 60602

**Creditors Interchange**
80 Holtz Drive
Buffalo, NY 14225

**Ffcc-columbus Inc**
1550 Old Henderson Rd St
Columbus, OH 43220

**Gemb/jcp**
Po Box 981402
El Paso, TX 79998

**Cross Check**
P.O. Box 6008
Petaluma, CA 94955-6008

**Fidelity Information Corporation**
P.O. Box 1616
Pacific Palasades, CA 90272-1616

**Goggins & Lavintman**
1295 Northland Drive #270
Mandota Heights, MN 55120

**Daniel Trust Company**
P.O. Box 12208
Greenville, SC 29612-0208

**First National Collection Bureau, Inc.**
610 Waltham Way
Sparks, NV 89434

**Goggins & Lavintman**
3140 Neil Armstrong Boulevard
Eagan, MN 55121

**Great American Finance**
**205 W Wacker**
**Chicago, IL  60606**

**Jack H. Rottner**
**Attorney At Law**
**105. W. Madison ST. #1200**
**Chicago, IL  60602**

**National Asset Services Company**
**10101 Harwin  #260**
**Houston, TX  77036**

**Great Lakes Collection Bureau Inc.**
**45 Oak Street**
**Buffalo, NY  14203-2697**

**JBC & Associates**
**2 Broad Street  6th Floor**
**Bloomfield, NJ  07003-2550**

**National Credit Audit Corporation**
**8512 Allen Road**
**Peoria, IL  61615**

**Grt Amer Fin**
**205 W Wacker**
**Chicago, IL  60606**

**JBC Legal Group, P.C.**
**2 Broad Street  6th Floor**
**Bloomfield, NJ  07003-2550**

**National Management Recovery Corp.**
**5944 Coral Ridge Dr. #204**
**Coral Springs, FL  33076-3300**

**H And F Law**
**33 N Lasalle**
**Chicago, IL  60602**

**Kca Financial Svcs**
**628 North St**
**Geneva, IL  60134**

**National Recoveries, Inc.**
**11000 Central Avenue N.E.**
**Blaine, MN  55434-3827**

**Hall & Associates**
**Attorneys At Law**
**560 Route 303  #209**
**Orangeburg, NY  10962**

**LDG Financial Services, LLC**
**P.O. Box 1425**
**Norcross, GA  30091-1425**

**Nbgl-carsons**
**Household Mortgage Services**
**P.O.Box 9068**
**Brandon, FL  33509**

**Heller And Frisone Ltd**
**33 N. LaSalle Street #1200**
**Chicago, IL  60602**

**LHR Inc.**
**56 Main Street**
**Hamburg, NY  14075-4905**

**NCO Financial Systems Inc.**
**507 Prudential Road**
**Horsham, PA  19044**

**Hsbc Bank**
**Po Box 5253**
**Carol Stream, IL  60197**

**Linebarger Goggan Blair & Sampson LLP**
**P.O. Box 06152**
**Chicago, IL  60606-0140**

**NCO Financial Systems Inc.**
**P.O. Box 8529**
**Philadelphia, PA  19101**

**Hsbc/saks**
**12 E 49th Street**
**New York, NY  10017**

**Lord & Taylor**
**Bank Check Department**
**P.O. Box 66928**
**St. Louis, MO  63166-6928**

**North Shore Agency, Inc.**
**P.O. Box 8901**
**Westbury, NY  11590-8901**

**I C System Inc**
**Po Box 64378**
**Saint Paul, MN  55164**

**Merchants' Credit Guide Co.**
**223 W. Jackson Blvd**
**Chicago, IL  60606**

**Northland Group Inc.**
**P.O. Box 390846**
**Edina, MN  55439**

**Illinois Collection Service Inc.**
**P.O. Box 1010**
**Tinley Park, IL  60477-9110**

**National Action Financial Services**
**165 Lawrence Bell Dr  #100**
**P.O. Box 9027**
**Williamsville, NY  14231-9027**

**Northwest Collectors Inc.**
**3601 Algonquin Road  #232**
**Rolling Meadows, IL  60008-3106**

**Ntl Recovery**
**11000 Central Ave**
**Blaine, MN  55434**

**Professional Account Management LLC**
**P.O. Box 391**
**Milwaukee, WI  53201-0391**

**Salvatore Spinelli, Esq.**
**135 Maxes Road #2B**
**Melville, NY  11747**

**Ocwen Loan Servicing L**
**1661 Worthington Rd Suite 100**
**West Palm Beach, FL  33409**

**Professional Recovery Systems**
**3005 Almaden Expressway**
**San Jose, CA  95118**

**Sentry Credit, Inc.**
**2809 Grand Avenue**
**Everett, WA  98201**

**Orchard Bank**
**P.O. Box 80084**
**Salinas, CA  93912-0084**

**Providian**
**P.O. Box 660548**
**Dallas, TX  75266-0548**

**TCF National Bank**
**800 Burr Ridge Parkway**
**Burr Ridge, IL  60521**

**ORS**
**P.O. Box 291269**
**Nashville, TN  37229**

**RDK Collection Services Inc.**
**2899 E. Big Beaver Road**
**PMB 313**
**Troy, MI  48083-2466**

**Telecheck Recovery Services, Inc.**
**5251 Westheimer**
**Houston, TX  77056**

**Oxford Management Services**
**CS 9018**
**Melville, NY  11747**

**Redline Recovery Services, LLC**
**1145 Sanctuary Pkwy  #350**
**Alpharetta, GA  30009-4756**

**The Bureaus**
**P.O. Box 607**
**Wilmette, IL  60091**

**Oxmore House**
**P.O. Box 62502**
**Tampa, FL  33662-5028**

**Richard R. Della Croce**
**P.O. Box 1067**
**9447 W. 144th Place  #100**
**Orland Park, IL  60462**

**Trinity International University**
**2065 Half Day Road**
**Deerfield, IL  60015**

**Penn Credit Corporation**
**P.O. Box 288**
**Harrisburg, PA  17108-0988**

**Risk Management Alternatives, Inc.**
**P.O. Box 105408**
**Atlanta, GA  30348**

**TRS Recovery Services, Inc.**
**P.O. Box 60022**
**City Of Industry, CA  91716**

**Portfolio Recovery Associates**
**Legal Department**
**P.O. Box 12903**
**Norfold, VA  23541**

**Risk Management Alternatives, Inc.**
**P.O. Box 4018**
**Reynoldsburg, OH  43068**

**TRS Recovery Services, Inc.**
**P.O. Box 4857**
**Houston, TX  77210-4857**

**Portfolio Recvry And Affil**
**120 Corporate Blvd Ste 1**
**Norfolk, VA  23502**

**Rodale Books**
**P.O. Box 7031**
**Emmaus, PA  18098-0731**

**TRS Recovery Services, Inc.**
**P.O. Box 17450**
**Denver, CO  80217-0450**

**Prevention**
**P.O. Box 7319**
**Red Oak, IA  51591-0319**

**Saks Fifth Avenue**
**P. O. Box 17157**
**Baltimore, MD  21297-1157**

**TurfCare Enterprises, Inc.**
**8 Hillside Drive #A**
**Barrington, IL  60010**

**United Collect Bur Inc**
**5620 Southwyck Blvd Ste**
**Toledo, OH  43614**

**United Revenue Service, Inc.**
**4400 North High Street  #101**
**P.O. Box 14389**
**Columbus, OH  43214**

**Universal Fidelity Corporation**
**P.O. Box 941911**
**Houston, TX  77094-8911**

**Vanessa L. Hartmant**
**Attorney At Law**
**135 Interstate Boulevard #7**
**Greenville, SC  29615**

**Wexler And Wexler**
**Attorneys At Law**
**500 W. Madison Street  #2910**
**Chicago, IL  60661**

**Wffinancial**
**1240 Office Plaza Dr**
**West Des Moines, IA  50266**

**Whole Foods Market**
**Collection Department**
**3241 N. Lincoln Avenue**
**Chicago, IL  60657**

**Williams & Fudge Inc.**
**P.O. Box 11590**
**775 Addison Avenue**
**Rock Hills, SC  29731-1590**

**Zalutsky & Pinski LTD**
**20 N. Clark Street  #600**
**Chicago, IL  60602**